GEORGE S. LINGS et al., Doing Business under the Firm Name of G. S. LINGS & COMPANY, Respondents, *v.* BLODGETT & ORSWELL COMPANY, Appellant.

*Lings* v. *Blodgett & Orswell Co.*, 140 App. Div. 933; appeal dismissed.

(Argued April 24, 1911; decided May 2, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 28, 1910, affirming a judgment in favor of plaintiffs entered upon a verdict in an action on contract for goods sold and delivered.

The motion was made on the ground that the appeal was frivolous.

*George W. Bristol* for motion.

*Lanier McKee* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.